TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Trista Mason*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Trista Mason, <br><br> Plaintiff, <br><br> vs. <br><br> Medical Data Systems, Inc., <br><br> Defendant. | Case 3:21-cv-09289-EMC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

{00173586;1}                                    1

Plaintiff and Defendant Medical Data Systems, Inc., through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Medical Data Systems, Inc., with each party to bear its own attorneys' fees and costs.

DATED this 15th day of August 2022.

    KENT LAW OFFICES

    By: ___/s/ Trinette G. Kent_____
    Trinette G. Kent
    *Attorney for Plaintiff*
    *Trista Mason*

    CARLSON & MESSER LLP

    By: ___/s/ *Mackenzie C. Gonzales*
    David J. Kaminski
    J. Grace Felipe
    Mackenzie Gonzales
    *Attorneys for Defendant*
    *Medical Data Systems, Inc.*

{00173586;1}