TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Trista Mason*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Trista Mason, <br><br> Plaintiff, <br><br> vs. <br><br> Medical Data Systems, Inc., <br><br> Defendant. | Case 3:21-cv-09289-EMC <br><br> [PROPOSED] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  The Court, having considered the parties' Stipulation of Dismissal of Medical Data Systems, Inc., and good cause appearing,

1

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Medical Data Systems, Inc., with each party to bear its own attorneys' fees and costs.

Date: August 15, 2022

_____
Judge of the United States District Court